IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MANIK NATH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:26-CV-672-L-BT** |
| | § | |
| **DART and ABM AVIATION,** | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On June 3, 2026, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 7) was entered, recommending that the court dismiss without prejudice this action pursuant to Federal Rules of Civil Procedure 4(m)  or 41(b) unless Plaintiff submits proof that Defendants DART and ABM Aviation ("Defendants") have been served, or he shows good cause for failure to serve Defendants within the 14-day deadline for filing objections to the Report.

On June 9, 2026, pro se Plaintiff Manik Nath filed "Proof[s] of Service" (Doc. 8) with respect to Kar Jablecki and William Chance Bryant; however, he did not submit proof that the named Defendants in this case—DART and ABM Aviation—have been served. He also fails to explain why he was unable to serve DART and ABM Aviation, and he does not describe the efforts undertaken by him to serve them.  Moreover, according to Plaintiffs' "Proof[s] of Service," he personally served Kar Jablecki and William Chance Bryant, which is not allowed because he is a party to this action.  *See* Fed. R. Civ. P. 4(c) ("Any person who is at least 18 years old and **not a party** may serve a summons and complaint.").  That Plaintiff has opted to represent himself does not excuse him from complying with applicable rules of procedure, the magistrate judge's Report,

**Order – Page 1**

or the consequences of failing to properly effect service on Defendants. *Systems Signs Supplies v. United States Dep't of Justice*, 903 F.2d 1011, 1013 (5th Cir. 1990) (citing *Kersh v. Derozier*, 851 F.2d 1509, 1512 (5th Cir. 1988)). Likewise, Plaintiff's ignorance of the law is not good cause for failure to effect service in compliance with Rule 4.

Thus, having considered the record in this case and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, this action is **dismissed without prejudice** pursuant Rule 4(m) for failure to effect service on Defendants and/or Rule 41(b) for failure to comply with a court order.

**It is so ordered** this 23rd day of June, 2026.

Sam A. Lindsay
United States District Judge

Order – Page 2